1  Bruce Isaacs (State Bar No. 100926)
   DAVIS WRIGHT TREMAINE LLP
2  865 S. Figueroa Street, Suite 2400
   Los Angeles, California 90017-2566
3  Telephone: (213) 633-6808
   Facsimile: (213) 633-6899
4  Email: bruceisaacs@dwt.com

5  Attorneys for Defendant
   ROAR GLOBAL LIMITED
6

7
                    UNITED STATES DISTRICT COURT
8
                    CENTRAL DISTRICT OF CALIFORNIA
9

10

11 ROAR, LLC, a California limited liability ) Case No. **2:15-CV-5865**
   company,                                  )
12                                           )
                    Plaintiff,               ) **DEFENDANT ROAR GLOBAL**
13                                           ) **LIMITED'S ANSWER TO COMPLAINT;**
       vs.                                   ) **DEMAND FOR JURY TRIAL**
14                                           )
   ROAR GLOBAL LIMITED, a United Kingdom )
15 entity of unknown form, dba ROAR GLOBAL;  )
   and DOES 1 through 10, inclusive,         )
16                                           )
                    Defendant.               )
17                                           )

18

19

20

21

22

23

24

25

26

27

28

---
ANSWER TO COMPLAINT
DWT 27943003v1 0050033-000157

Defendant ROAR Global Limited ("ROAR Global") hereby answers Plaintiff's complaint by admitting, denying and alleging as follows:

## ALLEGATIONS REGARDING INTRODUCTION

1.  In response to paragraph 1, ROAR Global lacks sufficient knowledge or belief to admit or deny the allegations of paragraph 1 and, based thereon, hereby denies the allegations of paragraph 1.

2.  In response to paragraph 2, ROAR Global admits the allegations of paragraph 2 and admits that it is a limited liability entity conducting business in the United Kingdom and Europe.

3.  In response to paragraph 3, ROAR Global lacks sufficient knowledge or belief to admit or deny the allegations of paragraph 3 and, based thereon, hereby denies the allegations of paragraph 3.

4.  In response to paragraph 4, ROAR Global admits the allegations of paragraph 4.

5.  In response to paragraph 5, ROAR Global lacks sufficient knowledge or belief to admit or deny the allegations of paragraph 5 and, based thereon, hereby denies the allegations of paragraph 5.

## ALLEGATIONS REGARDING JURISDICTION AND VENUE

6.  In response to paragraph 6, ROAR Global admits that his Court has subject matter jurisdiction over trademark disputes, but denies that his Court is entitled to assert personal jurisdiction over it.

7.  In response to paragraph 7, ROAR Global denies each and every averment contained therein.

## ALLEGATIONS REGARDING THE PARTIES

8.  In response to paragraph 8, ROAR Global lacks sufficient knowledge or belief to admit or deny the allegations of paragraph 8 and, based thereon, hereby denies the allegations of paragraph 8.

9.  In response to paragraph 9, ROAR Global lacks sufficient knowledge or belief to admit or deny the allegations of paragraph 8 and, based thereon, hereby denies the allegations of

ANSWER TO COMPLAINT
DWT 27943003v1 0050033-000157
1
**DAVIS WRIGHT TREMAINE** LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

paragraph 9.

10. In response to paragraph 10, ROAR Global lacks sufficient knowledge or belief to admit or deny the allegations of paragraph 10 and, based thereon, hereby denies the allegations of paragraph 10.

11. In response to paragraph 11, ROAR Global lacks sufficient knowledge or belief to admit or deny the allegations of paragraph 11 and, based thereon, hereby denies the allegations of paragraph 11.

12. In response to paragraph 12, ROAR Global denies each and every averment contained therein.

13. In response to paragraph 13, ROAR Global denies each and every averment contained therein, but admits that the ROAR in ROAR Global is in all capital letters because it stands for Rights Ownership Arts Representation.

14. In response to paragraph 14, ROAR Global denies each and every averment contained therein, but admits that ROAR Global uses its ROAR Global mark in the United Kingdom and Europe.

15. In response to paragraph 15, ROAR Global denies each and every averment contained therein.

16. In response to paragraph 16, ROAR Global denies each and every averment contained therein, but admits that it makes use of its URL – roarglobal.com.

17. In response to paragraph 17, ROAR Global denies each and every averment contained therein.

18. In response to paragraph 18, ROAR Global denies each and every averment contained therein.

19. In response to paragraph 19, ROAR Global lacks sufficient knowledge or belief to admit or deny the allegations of paragraph 19 and, based thereon, hereby denies the allegations of paragraph 19.

20. In response to paragraph 20, ROAR Global denies each and every averment

2

ANSWER TO COMPLAINT
DWT 27943003v1 0050033-000157

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

contained therein.

21. In response to paragraph 21, ROAR Global denies each and every averment contained therein.

## FIRST CLAIM FOR RELIEF

22. ROAR Global realleges and incorporates by reference each and every response set forth in paragraphs 1 – 21 above.

23. In response to paragraph 23, ROAR Global denies each and every averment contained therein.

24. In response to paragraph 24, ROAR Global denies each and every averment contained therein.

25. In response to paragraph 25, ROAR Global denies each and every averment contained therein.

26. In response to paragraph 26, ROAR Global denies each and every averment contained therein.

27. In response to paragraph 27, ROAR Global denies each and every averment contained therein.

## SECOND CLAIM FOR RELIEF

28. ROAR Global realleges and incorporates by reference each and every response set forth in paragraphs 1 – 27 above.

29. In response to paragraph 29, ROAR Global denies each and every averment contained therein.

30. In response to paragraph 30, ROAR Global denies each and every averment contained therein.

31. In response to paragraph 31, ROAR Global denies each and every averment contained therein.

32. In response to paragraph 32, ROAR Global denies each and every averment contained therein.

ANSWER TO COMPLAINT
DWT 27943003v1 0050033-000157

3

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

33. In response to paragraph 33, ROAR Global denies each and every averment contained therein.

**FIRST AFFIRMATIVE DEFENSE**

As a separate and affirmative defense to the first and second claims for relief, and each of them, ROAR Global alleges that Plaintiff fails to state facts sufficient to constitute any claim for relief against it.

**SECOND AFFIRMATIVE DEFENSE**

As a separate and affirmative defense to each and every claim for relief, ROAR Global alleges that this Court does not have personal jurisdiction over it pursuant to Fed. R. Civ. P. 12(b)(2) and Ninth Circuit case law.

**THIRD AFFIRMATIVE DEFENSE**

As a separate and affirmative defense to the first and second claims for relief, and each of them, ROAR Global alleges that it, not Plaintiff, is the prior and senior user.

**FOURTH AFFIRMATIVE DEFENSE**

As a separate and affirmative defense to the first and second claims for relief, and each of them, ROAR Global alleges that it has a good faith belief in its senior rights.

**FIFTH AFFIRMATIVE DEFENSE**

As a separate and affirmative defense to the first and second claims for relief, and each of them, and without regard to shifting any burden of proof, ROAR Global alleges that Plaintiff's claims fail because ROAR Global's mark is not likely to cause confusion, mistake and/or deception with Plaintiff's mark.

**SIXTH AFFIRMATIVE DEFENSE**

As a separate and affirmative defense to the first and second claims for relief, and each of them, and without regard to shifting any burden of proof, ROAR Global alleges that its use of their

4
ANSWER TO COMPLAINT
DWT 27943003v1 0050033-000157

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

own mark does not rise to the level of unfair competition.

## SEVENTH AFFIRMATIVE DEFENSE

As a separate and affirmative defense to the first and second claims for relief, and each of them, ROAR Global alleges that Plaintiff's claims for relief are barred by virtue of the doctrines of waiver and/or estoppel.

## EIGHTH AFFIRMATIVE DEFENSE

As a separate and affirmative defense to the first and second claims for relief, and each of them, ROAR Global alleges that Plaintiff's claims are barred by the doctrine of laches.

## NINTH AFFIRMATIVE DEFENSE

As a separate and affirmative defense to the first and second claims for relief, and each of them, ROAR Global alleges that Plaintiff's claims are barred by the statute of limitations.

## TENTH AFFIRMATIVE DEFENSE

As a separate and affirmative defense to the first and second claims for relief, and each of them, ROAR Global alleges that Plaintiff's claims are barred by virtue of Plaintiff's acquiescence.

Defendants hereby reserve the right to assert additional affirmative defenses that become available or apparent during the pendency of this action.

WHEREFORE, ROAR Global respectfully requests judgment against Plaintiff and hereby requests that the court:

1. deny all relief requested by Plaintiff;
2. recognize ROAR Global's senior and superior trademark rights in the appropriate geographical areas;

5

ANSWER TO COMPLAINT
DWT 27943003v1 0050033-000157

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

3. declare that ROAR Global does not infringe Plaintiffs mark, if any; and

4. grant ROAR Global such other and further relief as the Court may deem just and proper.

DATED: September 22, 2015

DAVIS WRIGHT TREMAINE LLP
Bruce Isaacs


By:/s/Bruce Isaacs
   Bruce Isaacs

   Attorneys for Defendant
   ROAR GLOBAL LIMITED

6

ANSWER TO COMPLAINT
DWT 27943003v1 0050033-000157

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

## **DEMAND FOR JURY TRIAL**

Defendant ROAR Global hereby demands trial by jury of all issues triable in this action, as provided by Rule 38(a) of the Federal Rules of Civil Procedure.

DATED: September 22, 2015

DAVIS WRIGHT TREMAINE LLP
Bruce Isaacs


By: /s/Bruce Isaacs
    Bruce Isaacs

    Attorneys for Defendant
    ROAR GLOBAL LIMITED

7

ANSWER TO COMPLAINT
DWT 27943003v1 0050033-000157

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

# CERTIFICATE OF SERVICE

Pursuant to FRCP 5, I certify that I am an employee of the law firm of DAVIS WRIGHT TREMAINE LLP, and that on the date shown below, I caused service of true and correct copies of:

**ROAR GLOBAL LIMITED'S ANSWER TO PLAINTIFF'S COMPLAINT; DEMAND FOR JURY TRIAL**

to be completed by:

_____    personally delivering

_____    delivery via Nationwide Legal Services

_____    sending via Federal Express or other overnight delivery service

_____    depositing for mailing in the U.S. mail with sufficient postage affixed thereto

_____    delivery via email

\_\_X\_\_    electronic filing, and thereby delivery via e-mail to:

Dale F. Kinsella, Esq.
Gregory P. Korn, Esq.
Gregory S. Gabriel, Esq.
KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 Wilshire Blvd., 3rd Floor
Santa Monica, Ca  90401
Email:  dkinsella@kwikalaw.com
           gkorn@kwikalaw.com
           ggabriel@kwikalaw.com

Dated:  September 22, 2015          /s/Lina Pearmain
                                                          Lina Pearmain

ANSWER TO COMPLAINT
DWT 27943003v1 0050033-000157

8

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899