O

# United States District Court
# Central District of California

| | |
|---|---|
| ROAR LLC,<br><br>      Plaintiff,<br><br>     v.<br><br>ROAR GLOBAL LIMITED and DOES 1-10, inclusive,<br><br>      Defendants. | Case No. 2:15-CV-05865-ODW(AFM)<br><br>**ORDER STRIKING ANSWER AND DIRECTING ENTRY OF DEFAULT** |

    On September 7, 2016, the Court entered an order granting withdrawal of Defendant Roar Global Limited's counsel of record John D. Fowler, and required Defendant to obtain new counsel by October 11, 2016. (ECF No. 40.) That deadline passed and Defendant failed to identify new counsel.

    It is well-established that business entities such as Defendant may not proceed without counsel. *See* C.D. Cal. R. 83–2.2.2 ("Only individuals may represent themselves pro se. No organization or entity of any other kind . . . may appear in any action or proceeding unless represented by an attorney permitted to practice before this Court under L.R. 83–2. 1."); *see also Rowland v. Cal. Men's Colony, Unit II Men's Advisory Council*, 506 U.S. 194, 201–02 (1993) ("It has been the law for the

better part of two centuries . . . that a corporation may appear in the federal courts only through licensed counsel."). When a business entity chooses not to timely obtain counsel, the Court may properly enter a default against it. *Employee Painters' Trust v. Ethan Enters., Inc.,* 480 F.3d 993, 998 (9th Cir. 2007) (affirming the district court's entry of default where a business entity failed to timely obtain counsel).

As Defendant has had ample time (over one month) to identify new counsel, and has not done so, the Court **STRIKES** Defendant's Answer and directs the Clerk of Court to enter a default against Defendant. In addition, the Court **ORDERS** Plaintiff to **SHOW CAUSE**, in writing, no later than **November 13, 2016**, why it has not moved for an entry of default judgment against Defendant. No hearing will be held. The Court will accept a motion for entry of default judgment in response to this Order.

**IT IS SO ORDERED.**

October 13, 2016

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**