**O**
**JS-6**

# United States District Court
# Central District of California

| | |
|---|---|
| ROAR, LLC, a California limited liability company | Case No. 2:15-CV-05865-ODW(AFM) |
| Plaintiff, | |
| v. | |
| ROAR GLOBAL LIMITED, a United Kingdom entity of unknown form, d/b/a ROAR GLOBAL; and DOES 1 through 10, inclusive, | **JUDGMENT** |
| Defendants. | |

On August 4, 2015, Plaintiff ROAR, LLC, filed this action against Defendant ROAR GLOBAL LIMITED for trademark infringement.  (ECF No. 1.)  On October 13, 2016 the Clerk of Court entered a default against Defendant.  (ECF No. 44.)  On December 5, 2016, this Court granted Plaintiff's Application for Default Judgment against Defendant.  (ECF No. 47.)

/ / /
/ / /
/ / /
/ / /
/ / /

In accordance with that Order, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1.    Defendant ROAR GLOBAL LIMITED is liable for Plaintiff's claims of trademark infringement;

2.    Plaintiff is hereby awarded a permanent injunction.   That permanent injunction reads as follows:

"Defendants, and each of its owners, officer, directors, servants, employees, attorneys, agents, representatives, and all persons in active concert of participation with them" from:

(A) using, promoting, displaying, or otherwise marketing goods or services under, the trademark ROAR or any confusingly similar variation thereof, including, without limitation, ROAR GLOBAL (collectively, the "Trademark" or "Mark"), in connection with talent management services, brand promotion and management, the production and promotion of feature films, television content, musical recordings, and live events, and any services or products related thereto;

(B) using, promoting, or displaying the Trademark on the Internet, including on any website or social media application (including, by way of example only, Twitter and Facebook); and

(C) interfering with in any way, either directly or indirectly, Plaintiff's use, registration, marketing, expansion, enforcement, and exploitation of the Trademark.

3.    Plaintiff is also hereby awarded $71,262 in attorneys' fees.

**IT IS SO ORDERED.**

December 5, 2016

_____
**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**